**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **DIS Express, Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1504228** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3636 East Paris Ave SE** **Grand Rapids, MI 49512** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kent** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **NA** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **DIS Express, Inc.**                                    Case number *(if known)* _____
        _____
        Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __**4122**__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor  **DIS Express, Inc.**
        Name                                                        Case number (*if known*)

Debtor    **DIS Express, Inc.**                                                        Case number (*if known*) _____
          Name

**11. Why is the case filed in** *Check all that apply:*
**this district?**

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
   preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**    ■ No
**have possession of any**    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**    **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
   livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of**    .    *Check one:*
**available funds**

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**    ■ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
**creditors**                  ☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
                               ☐ 100-199           ☐ 10,001-25,000       ☐ More than100,000
                               ☐ 200-999

**15. Estimated Assets**       ■ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**  ■ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor    **DIS Express, Inc.**                                   Case number (*if known*) _____
_____
Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 10, 2020**
                         MM / DD / YYYY

**X** **/s/ Mladen Tepic** _____          **Mladen Tepic** _____
Signature of authorized representative of debtor         Printed name

Title    **President** _____

**18. Signature of attorney**

**X** **/s/ Steven M. Bylenga** _____          Date    **November 10, 2020**
Signature of attorney for debtor                                      MM / DD / YYYY

**Steven M. Bylenga P73492** _____
Printed name

**Chase Bylenga Hulst, PLLC.** _____
Firm name

**25 Division Avenue S.**
**Suite 500**
**Grand Rapids, MI 49503** _____
Number, Street, City, State & ZIP Code

Contact phone    **616-608-3061** _____    Email address    **nikki@chasebylenga.com** _____

**P73492 MI** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name __**DIS Express, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MICHIGAN__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■    *Schedule H: Codebtors* (Official Form 206H)
- ■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐    Amended *Schedule*
- ■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**November 10, 2020**__    X **/s/ Mladen Tepic**
Signature of individual signing on behalf of debtor

**Mladen Tepic**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

| Debtor name | **DIS Express, Inc.** |
|---|---|
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Celtic Bank Corporation c/o Bluevine Capital Inc. 401 Warren St. Redwood City, CA 94063** | | **Business Debt** | | | | **$20,365.77** |
| **Compass Funding Solutions 115 55th St. Ste. 301 Clarendon Hills, IL 60514** | | **All Assets** | | **Unknown** | **$0.00** | **Unknown** |
| **Mladen Tepic 2337 Tradition Dr NE Grand Rapids, MI 49505** | | **Employee wages** | | | | **$100.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **DIS Express, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................... $         **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $     **23,652.44**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................. $     **23,652.44**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $     **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $     **100.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................... +$     **20,365.77**

4. **Total liabilities** .................................................................................................
Lines 2 + 3a + 3b     $     **20,465.77**

**Fill in this information to identify the case:**

Debtor name **DIS Express, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Checking account ending 3383** <br>**PNC Bank** <br>**Funds include cash reserves of $5,422.09 required for factoring agreement.** | **Business Checking** | **3383** | **$23,652.44** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | | | **$23,652.44** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **DIS Express, Inc.**
_____        Case number *(If known)* _____
Name

| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.    Total of Part 3.**                                                                               **$0.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **DIS Express, Inc.**
_____    Case number *(If known)* _____
Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **DIS Express, Inc.**
_____    Case number _(If known)_ _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $23,652.44 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $0.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $0.00 | |
| 88. **Real property.** _Copy line 56, Part 9_....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $23,652.44 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $23,652.44 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

EXPRESS
RECIV.

## Aging

| Debtor Name Customer | Balance | 1-30 | 31-45 | 46-60 | 61-90 | 91-Up |
|---|---|---|---|---|---|---|
| Customer | Balance | 1-30 | 31-45 | 46-60 | 61-90 | 91-Up |
| AM TRANS EXPEDITE INC () | $ 1,200.00 | $ 1,200.00 | -- | -- | -- | -- |
| AMX LOGISTICS () | $ 2,800.00 | $ 2,800.00 | -- | -- | -- | -- |
| BLUE LOGISTICS LLC () | $ 1,700.00 | $ 1,700.00 | -- | -- | -- | -- |
| C.A.T. GLOBAL INC () | $ 1,650.00 | $ 1,650.00 | -- | -- | -- | -- |
| CH ROBINSON () | $ 41,723.00 | $ 25,860.00 | $ 13,963.00 | | $ 1,900.00 | -- |
| E SHIPPING () | $ 2,450.00 | $ 2,450.00 | -- | -- | -- | -- |
| EVANS TRANSPORTATION SERVICES,INC () | $ 2,900.00 | $ 2,900.00 | -- | -- | -- | -- |
| FIFTH WHEEL FREIGHT () | $ 1,600.00 | $ 800.00 | $ 800.00 | -- | -- | -- |
| FLS TRANSPORTATION SERVICES LIMITED () | $ 1,200.00 | -- | $ 1,200.00 | -- | -- | -- |
| GLOBAL TRANSPORT LOGISTICS, INC. () | $ 2,600.00 | -- | $ 2,600.00 | -- | -- | -- |
| GTI USA INC. () | $ 2,400.00 | $ 2,400.00 | -- | -- | -- | -- |
| MAJESTIC TRANSPORTATION () | $ 1,800.00 | $ 1,800.00 | -- | -- | -- | -- |
| MCLEOD LOGISTICS, LLC () | $ 1,300.00 | $ 1,300.00 | -- | -- | -- | -- |
| MEADOW LARK AGENCY , INC () | $ 1,000.00 | $ 1,000.00 | -- | -- | -- | -- |
| NFI LOGISTICS LLC () | $ 2,200.00 | $ 2,200.00 | -- | -- | -- | -- |
| PEPSI LOGISTICS COMPANY INC () | $ 900.00 | -- | -- | -- | $ 900.00 | -- |
| RMZ LOGISTICS SOLUTIONS INC () | $ 550.00 | $ 550.00 | -- | -- | -- | -- |
| Schneider Brokerage (SL loads) () | $ 1,150.00 | -- | $ 1,150.00 | -- | -- | -- |
| SUNTECK TRANSPORT CO () | $ 4,450.00 | $ 3,450.00 | $ 1,000.00 | -- | -- | -- |
| TREK FREIGHT SERVICES LLC () | $ 1,200.00 | $ 1,200.00 | -- | -- | -- | -- |
| UNIVERSAL TRAFFIC SERVICE INC (UTS) () | $ 1,287.00 | $ 1,287.00 | -- | -- | -- | -- |
| ZIP XPRESS INC () | $ 15,014.99 | $ 15,014.99 | -- | -- | -- | -- |
| AFN, LLC (ADVANTAGE FREIGHT NETWORK LLC) () | $ 3,850.00 | $ 2,850.00 | $ 1,000.00 | -- | -- | -- |
| ALL STATES TRANSPORT INC/MA () | $ 675.00 | $ 675.00 | -- | -- | -- | -- |
| ALLIANCE SHIPPERS () | $ 950.00 | -- | $ 950.00 | -- | -- | -- |
| AMERICAN TRANSPORT GROUP, LLC(ATG) () | $ 1,500.00 | $ 1,500.00 | -- | -- | -- | -- |
| ARCBEST LOGISTICS, INC dba ABF LOGISTICS DBA ABF MULTIMODAL, INC () | $ 1,195.00 | $ 1,195.00 | -- | -- | -- | -- |
| ARMSTRONG TRANSPORT GROUP, LLC (Stolen identity, call Compass!) () | $ 500.00 | $ 500.00 | -- | -- | -- | -- |
| ATLANTIC LOGISTICS INC () | $ 550.00 | $ 550.00 | -- | -- | -- | -- |
| BEEMAC LOGISTICS LLC () | $ 1,350.00 | -- | $ 1,350.00 | -- | -- | -- |
| BLUE MARLIN LOGISTICS GROUP () | $ 2,136.80 | $ 2,136.80 | -- | -- | -- | -- |
| | $ 270,394.79 | $ 203,836.79 | $ 49,621.00 | $ 3,600.00 | $ 13,337.00 | -- |

Copyright @ 2016 Compass Logistics .
Terms: 2016

## Customer Aging

| Debtor Name | Balance | 1-30 | 31-45 | 46-60 | 61-90 | 91-Up |
|---|---|---|---|---|---|---|
| BNSF LOGISTICS, LLC () | $ 3,300.00 | $ 3,300.00 | -- | -- | -- | -- |
| BRIDGER TRANSPORTATION () | $ 750.00 | -- | $ 750.00 | -- | -- | -- |
| CBT INC () | $ 1,220.00 | $ 1,220.00 | -- | -- | -- | -- |
| CHOPTANK TRANSPORT () | $ 6,287.00 | $ 2,720.00 | -- | -- | $ 3,567.00 | -- |
| COAST 2 COAST LOGISTICS, LLC () | $ 600.00 | $ 600.00 | -- | -- | -- | -- |
| CORPORATE TRAFFIC, INC. () | $ 2,950.00 | $ 2,950.00 | -- | -- | -- | -- |
| COX CARRIERS () | $ 1,750.00 | $ 1,750.00 | -- | -- | -- | -- |
| DJM Logistics dba MOLO Solutions () | $ 3,200.00 | $ 2,150.00 | $ 1,050.00 | -- | -- | -- |
| DUPRE LOGISTICS LLC () | $ 1,000.00 | $ 1,000.00 | -- | -- | -- | -- |
| ECHO GLOBAL LOGISTICS () | $ 2,300.00 | -- | $ 2,300.00 | -- | -- | -- |
| ENGLAND LOGISTICS, INC. () | $ 1,400.00 | -- | $ 1,400.00 | -- | -- | -- |
| FASTMORE LOGISTICS, LLC () | $ 1,900.00 | $ 1,900.00 | -- | -- | -- | -- |
| FEDEX TRUCKLOAD BROKERAGE, INC. () | $ 575.00 | -- | $ 575.00 | -- | -- | -- |
| FETCH LOGITSICS INC () | $ 550.00 | -- | -- | -- | $ 550.00 | -- |
| FIVE STAR TRUCKING, INC. () | $ 2,300.00 | -- | -- | -- | $ 2,300.00 | -- |
| FREIGHT MANAGEMENT GROUP INC () | $ 1,300.00 | $ 1,300.00 | -- | -- | -- | -- |
| FREIGHT TEC MANAGEMENT GROUP () | $ 1,300.00 | $ 1,300.00 | -- | -- | -- | -- |
| FX LOGISTICS LLC () | $ 1,600.00 | $ 1,600.00 | -- | -- | -- | -- |
| GOLD STAR TRANSPORTATION, INC () | $ 1,300.00 | $ 1,300.00 | -- | -- | -- | -- |
| GREEN LANE LOGISTICS INC () | $ 700.00 | $ 700.00 | -- | -- | -- | -- |
| GUIDED LOGISTICS () | $ 1,050.00 | $ 1,050.00 | -- | -- | -- | -- |
| HERRING ENTERPRISES LLC () | $ 3,050.00 | $ 3,050.00 | -- | -- | -- | -- |
| HOOSIER LOGISTICS, INC () | $ 4,700.00 | $ 2,250.00 | -- | -- | $ 2,450.00 | -- |
| HUB GROUP () | $ 1,500.00 | -- | -- | $ 1,500.00 | -- | -- |
| INTEGRATED LOGISTICS SERVICES, INC. () | $ 1,500.00 | $ 1,500.00 | -- | -- | -- | -- |
| INTEGRITY EXPRESS LOGISTICS LLC () | $ 6,050.00 | $ 6,050.00 | -- | -- | -- | -- |
| J&M TRANSPORTATION SERVICES () | $ 700.00 | -- | $ 700.00 | -- | -- | -- |
| JB HUNT () | $ 7,290.00 | $ 7,290.00 | -- | -- | -- | -- |
| KEYSTONE LOGISTICS INC () | $ 1,700.00 | $ 1,700.00 | -- | -- | -- | -- |
| KING OF FREIGHT(stolen identity) () | $ 3,350.00 | $ 1,400.00 | $ 1,950.00 | -- | -- | -- |
| KIRSCH TRANSPORTATION SERVICES, INC. () | $ 1,400.00 | $ 1,400.00 | -- | -- | -- | -- |
| KTI INC () | $ 1,400.00 | -- | -- | -- | $ 1,400.00 | -- |
| LINE DRIVE, INC () | $ 350.00 | $ 350.00 | -- | -- | -- | -- |
| MJN SERVICES,INC () | $ 1,650.00 | $ 1,650.00 | -- | -- | -- | -- |
| MNT LOGISTICS, INC () | $ 7,730.00 | $ 5,140.00 | $ 2,590.00 | -- | -- | -- |
| | $ 270,394.79 | $ 203,836.79 | $ 49,621.00 | $ 3,600.00 | $ 13,337.00 | -- |

Copyright © 2016 Compass Logistics .

## Aging

| Customer / Debtor Name | Balance | 1-30 | 31-45 | 46-60 | 61-90 | 91-Up |
|---|---|---|---|---|---|---|
| MOTEX TRANSPORTATION SERVIOCES LLC () | $ 1,700.00 | $ 1,700.00 | -- | -- | -- | -- |
| MUELLER TRUCKING COMPANY () | $ 1,900.00 | $ 1,900.00 | -- | -- | -- | -- |
| NOLAN TRANSPORTATION GROUP () | $ 3,500.00 | $ 3,500.00 | -- | -- | -- | -- |
| NT LOGISTICS INC () | $ 1,375.00 | $ 1,375.00 | -- | -- | -- | -- |
| PARAMOUNT TRANSPORTATION LOGISTICS SERV () | $ 975.00 | $ 975.00 | -- | -- | -- | -- |
| PLS LOGISTICS SERVICES () | $ 2,270.00 | $ 2,000.00 | -- | -- | $ 270.00 | -- |
| POINT LOGISTICS () | $ 4,200.00 | $ 4,200.00 | -- | -- | -- | -- |
| PRIORITY 1 INC () | $ 2,750.00 | $ 1,750.00 | -- | $ 1,000.00 | -- | -- |
| PRODUCTIVE TRANSPORTATION, INC. () | $ 1,100.00 | -- | -- | $ 1,100.00 | -- | -- |
| R.C.T INC () | $ 2,200.00 | $ 2,200.00 | -- | -- | -- | -- |
| RED DOG LOGISTICS INC () | $ 1,750.00 | $ 1,750.00 | -- | -- | -- | -- |
| REDWOOD MULTIMODAL () | $ 4,044.00 | $ 1,044.00 | $ 3,000.00 | -- | -- | -- |
| RIVER BEND BROKERAGE CO. () | $ 600.00 | $ 600.00 | -- | -- | -- | -- |
| RJ LOGISTICS LLC () | $ 3,900.00 | $ 1,900.00 | $ 2,000.00 | -- | -- | -- |
| ROAR LOGISTICS () | $ 1,000.00 | $ 1,000.00 | -- | -- | -- | -- |
| RYAN FLEET MANAGMENT () | $ 3,054.00 | $ 3,054.00 | -- | -- | -- | -- |
| RYAN TRANSPORTATION SERVICES, INC () | $ 1,300.00 | $ 1,300.00 | -- | -- | -- | -- |
| SCOTLYNN USA DIVISION () | $ 3,300.00 | $ 2,200.00 | $ 1,100.00 | -- | -- | -- |
| SEAL TRANSPORTATION INC () | $ 950.00 | -- | $ 950.00 | -- | -- | -- |
| SHEERTRANS SOLUTIONS, LLC () | $ 2,700.00 | $ 2,700.00 | -- | -- | -- | -- |
| SHRAM BROKERS LLC () | $ 3,500.00 | $ 1,500.00 | $ 2,000.00 | -- | -- | -- |
| SPC TRANSPORT () | $ 1,600.00 | -- | $ 1,600.00 | -- | -- | -- |
| STALLION ENTERPRISES, INC. () | $ 1,700.00 | $ 1,700.00 | -- | -- | -- | -- |
| TA SERVICES INC () | $ 1,550.00 | -- | $ 1,550.00 | -- | -- | -- |
| TIME LOGISTICS GROUP () | $ 2,350.00 | $ 2,350.00 | -- | -- | -- | -- |
| TMC LOGISTICS () | $ 4,000.00 | $ 4,000.00 | -- | -- | -- | -- |
| TQL (TOTAL QUALITY LOGISTICS) () | $ 7,050.00 | $ 7,050.00 | -- | -- | -- | -- |
| TRAFFIC TECH, INC/Chicago,IL and Motreal,QC () | $ 2,000.00 | $ 2,000.00 | -- | -- | -- | -- |
| TRINITY LOGISTICS INC () | $ 1,093.00 | -- | $ 1,093.00 | -- | -- | -- |
| ULTRA LOGISTICS () | $ 2,600.00 | $ 2,600.00 | -- | -- | -- | -- |
| UNIVERSAL TRUCKLOAD INC () | $ 2,300.00 | $ 2,300.00 | -- | -- | -- | -- |
| US XPRESS INC ( XPRESS NETWORK SOLUTIONS ) () | $ 2,500.00 | $ 2,500.00 | -- | -- | -- | -- |
| WHITACRE LOGISTICS SERVICES () | $ 1,000.00 | -- | $ 1,000.00 | -- | -- | -- |
| WILSON TRANSPORTATION () | $ 1,100.00 | $ 1,100.00 | -- | -- | -- | -- |
| | $ 270,394.79 | $ 203,836.79 | $ 49,621.00 | $ 3,600.00 | $ 13,337.00 | |

Copyright © 2016 Compass Logistics .

# Aging

| Customer | Balance | 1-30 | 31-45 | 46-60 | 61-90 | 91-Up |
|---|---|---|---|---|---|---|
| XPO LOGISTICS () | $ 3,800.00 | $ 3,800.00 | -- | -- | -- | -- |
| ZIP-LINE LOGISTICS () | $ 2,200.00 | $ 2,200.00 | -- | -- | -- | -- |
| Items: 102 | $ 270,394.79 | $ 203,836.79 | $ 49,621.00 | $ 3,600.00 | $ 13,337.00 | -- |
| Items: 102 | $ 270,394.79 | $ 203,836.79 | $ 49,621.00 | $ 3,600.00 | $ 13,337.00 | -- |

Debtor Name

Copyright © 2016 Compass Logistics .

**Fill in this information to identify the case:**

Debtor name    **DIS Express, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.1**

**Compass Funding Solutions**
Creditor's Name

**115 55th St.**
**Ste. 301**
**Clarendon Hills, IL 60514**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**04/2019**

**Last 4 digits of account number**
**4295**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Assets**

_____

**Describe the lien**
**Common Law Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| Amount of claim | Value of collateral |
|---|---|
| **Unknown** | **$0.00** |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$0.00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name **DIS Express, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                               12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Derlin Sanz**<br>**7 Davies S Terrace Apt 119**<br>**Beacon, NY 12508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**October 2020** | Basis for the claim:<br>**Current (For Notice Only)** | | |
| | Last 4 digits of account number **NA** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Eddie Whitfield**<br>**1995 Rambling Dr SW**<br>**Unit #207**<br>**Atlanta, GA 30315** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**October 2020** | Basis for the claim:<br>**Current (For Notice Only)** | | |
| | Last 4 digits of account number **NA** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    44293                    Best Case Bankruptcy

Debtor    **DIS Express, Inc.**                                    Case number (if known) _____

         Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

2.3

Priority creditor's name and mailing address
**Henry Gunn**
**717 Glade Rd**
**Havana, FL 32333**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Current (For Notice Only)**

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.4

Priority creditor's name and mailing address
**Miroslav Kokic**
**4810 Greenwich Circle**
**Columbia, MO 65203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred
**October 2020**

Basis for the claim:
**Current (For Notice Only)**

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.5

Priority creditor's name and mailing address
**Mladen Tepic**
**2337 Tradition Dr NE**
**Grand Rapids, MI 49505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00    $100.00

Date or dates debt was incurred

Basis for the claim:
**Employee wages**

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.6

Priority creditor's name and mailing address
**Ranko Simic**
**3302 Pine Meadow Dr SE**
**Kentwood, MI 49512**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred
**October 2020**

Basis for the claim:
**Current (For Notice Only)**

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor     **DIS Express, Inc.**                                      Case number (if known) _____
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.7**

Priority creditor's name and mailing address
**Samir Sejdinovic**
**4435 Brookhaven Pl SE**
**Kentwood, MI 49512**

Date or dates debt was incurred
**October 2020**

Last 4 digits of account number **NA**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Current (For Notice Only)**

Is the claim subject to offset?
■ No
☐ Yes

$0.00     $0.00

---

**2.8**

Priority creditor's name and mailing address
**Sead Kovacevic**
**432 Pine Vista St SE**
**Kentwood, MI 49548**

Date or dates debt was incurred
**October 2020**

Last 4 digits of account number **NA**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Current (For Notice Only)**

Is the claim subject to offset?
■ No
☐ Yes

$0.00     $0.00

---

**2.9**

Priority creditor's name and mailing address
**Terrill Benton**
**447 East Wilson Ave**
**Pontiac, MI 48341**

Date or dates debt was incurred
**October 2020**

Last 4 digits of account number **NA**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Current (For Notice Only)**

Is the claim subject to offset?
■ No
☐ Yes

$0.00     $0.00

---

**2.10**

Priority creditor's name and mailing address
**Timothy Jones**
**PO Box 854**
**Jessup, MD 20794**

Date or dates debt was incurred
**October 2020**

Last 4 digits of account number **NA**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Current (For Notice Only)**

Is the claim subject to offset?
■ No
☐ Yes

$0.00     $0.00

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **DIS Express, Inc.** | | Case number (if known) | |
|--------|------------------------|--|-------------------------|--|
| | Name | | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,365.77 |
|-----|--------------------------------------------------|--------------------------------------------------------------------|-------------|

**Celtic Bank Corporation**
**c/o Bluevine Capital Inc.**
**401 Warren St.**
**Redwood City, CA 94063**

Date(s) debt was incurred  **02/2020**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|----------------------------------------------------|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|-----|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.1 | **Celtic Bank Corporation**<br>**268 State St.**<br>**Ste. 300**<br>**Salt Lake City, UT 84111** | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|--|--|--|-------------------------|
| **5a. Total claims from Part 1** | 5a. | $ | 100.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 20,365.77 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 20,465.77 |

**Fill in this information to identify the case:**

Debtor name    **DIS Express, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **DIS Express, Inc.**

United States Bankruptcy Court for the:      WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | *Check all schedules that apply:* |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name  **DIS Express, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
  amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$1,395,596.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | **$892,728.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$890,781.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **DIS Express, Inc.**_____    Case number *(if known)*_____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **DIS Express, Inc.**            Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:**    **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**    **Personally Identifiable Information**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **DIS Express, Inc.**                                      Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

Debtor   **DIS Express, Inc.**                                          Case number *(if known)*

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐  None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Doug Zandstra**<br>**29 Pearl St., NW**<br>**Suite 225**<br>**Grand Rapids, MI 49503** | **Multiple (Yearly)** |
| 26a.2.   **Harrington and Kieft, LLC**<br>**c/o John Harrington**<br>**16916 Analon St.**<br>**Sand Lake, MI 49343** | **Multiple (Yearly)** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐  None

Debtor    **DIS Express, Inc.** _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Harrington & Kieft, LLC**<br>**c/o John Harrington**<br>**16916 Analon St.**<br>**Sand Lake, MI 49343** | **Yearly** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **Doug Zandstra**<br>**29 Pearl St., NW**<br>**Ste. 225**<br>**Grand Rapids, MI 49503** | **Yearly** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.  **Blue Vine**<br>**401 Warren St.**<br>**Redwood City, CA 94863** | **2020** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Blue Vine**<br>**401 Warren St.**<br>**Redwood City, CA 94863** |
| 26d.2.  **Doug Zandstra**<br>**29 Pearl St., NW**<br>**Ste. 225**<br>**Grand Rapids, MI 49503** |
| 26d.3.  **Harrington & Kieft, LLC**<br>**c/o John Harrington**<br>**16916 Analon St.**<br>**Sand Lake, MI 49343** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Amra Tepic** | **2237 Tradition Dr., NE**<br>**Grand Rapids, MI 49505** | **Member** | **100% Owner** |

Debtor    DIS Express, Inc.                                              Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Mladen Tepic** | **2237 Tradition Dr., NE Grand Rapids, MI 49505** | **President** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

  ☑ No
  ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

  ☐ No
  ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **MladenTepic 2237 Tradition Dr., NE Grand Rapids, MI 49505** | **Various payments for salary and expense reimbursements in the ordinary course of business in teh amount of $52,000 annualized salary.** | **Multiple** | **Payments for salary as President of Debtor in Possession** |
| | **Relationship to debtor** **President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

  ☑ No
  ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

  ☑ No
  ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **DIS Express, Inc.**    Case number *(if known)*

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 10, 2020**

**/s/ Mladen Tepic**                                      **Mladen Tepic**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Michigan

In re    **DIS Express, Inc.** _____    Case No. _____
                                            Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Amra Tepic**<br>**2237 Tradition Dr., NE**<br>**Grand Rapids, MI 49505** | | **1000** | **100% Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 10, 2020** _____    Signature    **/s/ Mladen Tepic** _____
                                                                      **Mladen Tepic**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Michigan

In re   **DIS Express, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 10, 2020**

**/s/ Mladen Tepic**

**Mladen Tepic**/**President**
Signer/Title

CELTIC BANK CORPORATION
C/O BLUEVINE CAPITAL INC.
401 WARREN ST.
REDWOOD CITY CA 94063


CELTIC BANK CORPORATION
268 STATE ST.
STE. 300
SALT LAKE CITY UT 84111


COMPASS FUNDING SOLUTIONS
115 55TH ST.
STE. 301
CLARENDON HILLS IL 60514


DERLIN SANZ
7 DAVIES S TERRACE APT 119
BEACON NY 12508


EDDIE WHITFIELD
1995 RAMBLING DR SW
UNIT #207
ATLANTA GA 30315


HENRY GUNN
717 GLADE RD
HAVANA FL 32333


MIROSLAV KOKIC
4810 GREENWICH CIRCLE
COLUMBIA MO 65203


MLADEN TEPIC
2337 TRADITION DR NE
GRAND RAPIDS MI 49505


RANKO SIMIC
3302 PINE MEADOW DR SE
KENTWOOD MI 49512


SAMIR SEJDINOVIC
4435 BROOKHAVEN PL SE
KENTWOOD MI 49512

SEAD KOVACEVIC
432 PINE VISTA ST SE
KENTWOOD MI 49548


TERRILL BENTON
447 EAST WILSON AVE
PONTIAC MI 48341


TIMOTHY JONES
PO BOX 854
JESSUP MD 20794

# United States Bankruptcy Court
## Western District of Michigan

In re    **DIS Express, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **DIS Express, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Amra Tepic**
**2237 Tradition Dr., NE**
**Grand Rapids, MI 49505**

☐ None [*Check if applicable*]

**November 10, 2020**

Date

**/s/ Steven M. Bylenga**

**Steven M. Bylenga P73492**

Signature of Attorney or Litigant

Counsel for    **DIS Express, Inc.**

**Chase Bylenga Hulst, PLLC.**
**25 Division Avenue S.**
**Suite 500**
**Grand Rapids, MI 49503**
**616-608-3061 Fax:616-719-3782**
**nikki@chasebylenga.com**

## DIS Express, LLC

### Consent Resolution to file Chapter 11 Reorganization

WHEREAS, the Member has reviewed the financial situation of DIS Express, LLC., a Michigan limited liability company ("Company") and discussed alternatives for continued operation of the Company as a going concern; and

WHEREAS, the Member has been advised by counsel to the Company regarding the various methods available to the Company for restructuring its financial affairs or winding down its business affairs and liquidating the Company's assets, including filing for relief under Title 11 of the United States Code (the "Bankruptcy Code"), assignment for the benefit of creditors, or settlement of claims with individual creditors of the Company; and

WHEREAS, the Member has determined that it is in the best interests of the Company, its creditors, member, employees, and other interested parties, that the Company attempt to restructure its financial affairs under the provisions of Chapter 11 of the Bankruptcy Code based on the Member's analysis of each of the other alternatives and management's recommendations with respect thereto; and

WHEREAS, the Member wishes to authorize the officers of the Company to take certain actions in connection with commencing and prosecuting a Chapter 11 case, including filing a voluntary petition for relief under the provisions of the Chapter 11 of the Bankruptcy Code and causing a Plan of Reorganization to be prepared for consideration and approval by the Company's creditors, member, and the Bankruptcy Court.

NOW THEREFORE IT IS RESOLVED that, in the judgment of the Member, it is desirable and in the best interests of the Company, its creditors, member, employees, and other interested parties, that the Company commence a Chapter 11 case by filing a voluntary petition for relief under the provisions of Chapter 11 of the Bankruptcy Code; and it is

FURTHER RESOLVED that Mladen Tepic, the President of the Company (the "Authorized Officer") be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Michigan in which the principal executive offices of the Company are located (the "Bankruptcy Court") at such time as said authorized officer executing the same shall determine; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all action that the Authorized Officer may deem necessary, proper, or desirable in connection with the Chapter 11 case, with a view to successful prosecution of the case; and it is

FURTHER RESOLVED that the law firm of Chase Bylenga Hulst, PLLC, with offices at 25 Division S., Suite 500, Grand Rapids, Michigan 49503 be, and hereby is, employed as attorneys for the Company under an Engagement Letter and pursuant to such other terms and conditions as the Authorized Officer may determine and as set forth in a written retainer agreement; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper, or desirable; and it is

FURTHER RESOLVED that the Authorized Officer and such other officers of the Company as the Authorized Officer shall from time to time designate, be, and hereby are, authorized and empowered on behalf of, and in the name of, the Company to take such action as may reasonably be required to settle or reduce the claims of creditors of the Company and/or receive value from the use or sale of the Company's assets prior to the commencement of the Company's Chapter 11 case; and it is

FURTHER RESOLVED that the Authorized Officer shall, with the assistance of counsel, enter into discussions with creditors of the Company with respect to the terms and conditions of an acceptable Plan of Reorganization, which Plan shall be submitted to the Member for review and approval, and take such actions as may be required to obtain the approval of such Plan by the Company's creditors, member, and the Bankruptcy Court (including, without limitation, preparation of an adequate Disclosure Statement); and it is

FURTHER RESOLVED that upon confirmation of the Plan of Reorganization the officers of the Company shall take such actions as may be reasonably required in order for the Company to perform its obligations under such Plan, including entering into such agreements with creditors of the Company as may be necessary to restructure any outstanding obligations of the Company to such creditors; and it is

FURTHER RESOLVED that the officers of the Company shall render regular reports to the Member regarding the progress of the Chapter 11 case and that the officers and the Member shall continue to meet on a regular basis during the Chapter 11 case to discharge its duties as the debtor-in-possession of the Company's assets.

Dated:    10/26/2020                        By:    _Amra Tepic_

                                            Amra Tempic
                                            Sole Member, DIS Express, LLC